```
                                              Priority  ___
                                              Send      _✓_
         UNITED STATES DISTRICT COURT         Enter     ___
        CENTRAL DISTRICT OF CALIFORNIA        Closed    ___
           CRIMINAL MINUTES - GENERAL         JS-5/JS-6 ___
                                              JS-2/JS-3 ___
                                              Scan Only ___
```

Case No. CR 91-828-DT                      Date: April 25, 2005
==================================================================
HONORABLE DICKRAN TEVRIZIAN, U.S. DISTRICT JUDGE

Valencia R. Vallery                        Lori Muroaka
Courtroom Deputy                           Court Recorder
INTERPRETER:
==================================================================
U.S.A.  v. Gary Hunziker (CITATION)


GOVERNMENT COUNSEL                         DEFENSE COUNSEL
Damien Martinez                            Carl Gunn, DFPD
USPO: Brandon Schneider


PROCEEDINGS: PRELIMINARY REVOCATION OF PROBATION HEARING


     Cause called.  Counsel make their appearances.  Defendant
advised of his constitutional rights.  Defense counsel moves the
court for a continuance; SO ORDERED.  Further, defense counsel
moves the court to order the Probation Officer to produce probation
reports and chron files; SO ORDERED.  Matter is continued to June
6, 2005 at 1:30 p.m.  No further continuances will be granted.


cc: USPO

                                           ENTERED ON ICMS
                                              APR 27 2005


MINUTES FORM
CRIMINAL GENERAL                           Initials of Deputy Clerk